IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATRINA RUTTER                                                                              PLAINTIFF

v.                                           NO.  3:05CV00215 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                DEFENDANT

ORDER

Defendant has filed a motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record, including a new hearing and reassessment of Plaintiff's residual functional capacity, and to issue a new decision.  Plaintiff promptly replied that she has no objection to the requested remand. Under the circumstances, a sentence four remand is appropriate.  Buckner v. Apfel, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, it is hereby

ORDERED that Defendant's motion to remand (docket entry #14) is granted.  This is a "sentence four" remand.  This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

DATED this 26th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE