IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATRINA RUTTER                                                                                    PLAINTIFF

v.                                            NO.  3:05CV00215 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Order entered this date. This is a "sentence four" remand.  This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

IT IS SO ORDERED this 26th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE